AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| ZAKARYIA ABDIN | ) Case No. 2:17 mj 81 |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of __Charleston and Berkeley__ in the _____ District of __South Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2339B | Providing Material Support or Attempting to Provide Material Support to a Foreign Terrorist Organization. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Clinton F. Pierce, FBI JTTF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __March 31, 2017__

_____
*Judge's signature*

City and state: __Charleston, South Carolina__

United States Magistrate Judge Bristow Marchant
*Printed name and title*