IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Number 2:17-283 |
| ) | |
| ) | 18 U.S.C. § 2339B(a)(1) |
| -versus-                           ) | |
| ) | **INDICTMENT** |
| ) | |
| **ZAKARYIA ABDEL ABDIN**        ) | |

## COUNT 1

THE GRAND JURY CHARGES:

That beginning at a time unknown to the Grand Jury, but at least on or about January 3, 2017, and continuing thereafter, up to and including March 30, 2017, in the District of South Carolina, the Defendant, **ZAKARYIA ABDEL ABDIN**, did knowingly attempt to provide "material support or resources," as that term is defined in Title 18, United States Code, Section 2339A(b), including personnel (himself), to a foreign terrorist organization, to wit: the Islamic State of Iraq and al-Sham ("ISIS"), which at all relevant times was designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, knowing that ISIS was a designated foreign terrorist organization (as defined in Title 18, United States Code, Section 2339B(g)(6)), that ISIS engages and has engaged in terrorist activity (as defined in section 212(a)(3)(B) of the INA), and that ISIS engages and has engaged in terrorism (as defined in section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989).

In violation of Title 18, United States Code, Section 2339B(a)(1).

1

A \_\_\_TRUE\_\_\_ BILL

███████████████

*/s/ Nancy C. Wicker for*
BETH DRAKE (SK)
UNITED STATES ATTORNEY