UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 2-17-cr-283 |
| | ) | |
| | ) | |
| | ) | NOTICE OF APPEARANCE |
| vs. | ) | |
| | ) | |
| | ) | |
| ZAKARYIA ABDEL ABDIN | ) | |

    I, Alicia Vachira Penn, hereby notify this Honorable Court that I will appear along with Cody J. Groeber, on behalf of the defendant in the above-named case.

    Please include me with any correspondence in this matter.

    Respectfully submitted,

/s/ Alicia Vachira Penn
Alicia Vachira Penn, Esquire
Assistant Federal Public Defender
145 King Street, Suite 325
Post Office Box 876
Charleston, SC 29402
Attorney ID # 11825

February 7, 2018