IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

**VS**                                                                          **CR NO. 2:17-CR-00283-RMG**

**ZAKARYIA ABDIN**

# PLEA

The defendant, **ZAKARYIA ABDIN**, having withdrawn his plea of Not Guilty entered on April 5, 2017, pleads **GUILTY** to Count(s) _____1_____ of the **Indictment** after arraignment in open court.

_____
(Signed) Defendant

Charleston, South Carolina
August 8, 2018