UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 2:17-CR-283 |
| | ) | |
| | ) | MOTION FOR EXTENSION OF TIME TO |
| vs. | ) | FILE OBJECTONS TO PRESENTENCE |
| | ) | REPORT |
| ZAKARYIA ABDIN | ) | |

The undersigned respectfully requests an additional extension of time to file objections to the presentence investigation report (PSR). The undersigned was served with the first draft of the PSR on Friday, November 16. The Court previously granted the Defendant until December 21, 2018 to respond.

Some of the relevant information needed to adequately respond to the PSR is covered by the Classified Information Procedures Act (CIPA). Because it is classified, counsel for the Defendant has been unable to view this information. Counsel for the Government and Defendant are attempting to resolve the issue, but will be unable to do so before December 21, 2018.

For these reasons, the Defendant moves for an additional extension of 30 days to file objections to the PSR.

The government has no objection to this motion.

Respectfully submitted,

*/s/ Cody J. Groeber*
Cody J. Groeber, Esquire
Assistant Federal Public Defender
145 King Street, Suite 325
Post Office Box 876
Charleston, SC 29402
Attorney ID# 12186

December 19, 2018